UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ELECTRICAL WORKERS LOCAL 369
BENEFIT FUND et al., Plaintiffs,

v. Civil Action No. 3:19-cv-652-DJH-CHL

CHURCHMAN ELECTRIC &
TECHNOLOGIES, LLC and MARK A.
CHURCHMAN, Defendants.

\* \* \* \* \*

**ORDER**

Plaintiffs filed their complaint in this case on September 13, 2019. (Docket No. 1) Following Defendants' failure to appear, the Clerk of Court entered default against them. (D.N. 8; D.N. 10) Plaintiffs moved for default judgment (D.N. 11), and the Court referred the matter to Magistrate Judge Colin H. Lindsay for report and recommendation as to the amount of damages to which Plaintiffs are entitled. (D.N. 12) Judge Lindsay issued his Report and Recommendation on June 5, 2020. (D.N. 17)

Judge Lindsay detailed the procedural posture of the case. He explained how Plaintiffs moved for an order to show cause because Defendants had failed to submit the requested "reports of hours worked or books and records" that would aid him in determining the damages amount. (D.N. 17, PageID # 310 (citing D.N. 15)) Judge Lindsay granted the motion and ordered Defendants "to show cause in writing on or before May 15, 2020 for why Defendants should not be held in contempt for their failure to comply with this Court's order." (*Id*.) According to Judge Lindsay, Defendants' failure to respond to the show-cause order should result in a charge of civil contempt because Defendants disobeyed a lawful court order. (*Id*., PageID # 312 (citing *Glover v. Johnson*, 138 F.3d 228, 245 (6th Cir. 1998)) Citing 28 U.S.C. §§ 636(c) and (e)(6)(B)(iii), Judge

Lindsay acknowledged that he lacked authority to impose a charge of civil contempt on Defendants but noted that the Court may adopt his recommendation to do so. (*Id.*) Judge Lindsay also recommended that the Court order Defendants to pay attorney fees. (*Id.*, PageID # 315)

No party objected to the report and recommendation. And the Court need not review a magistrate judge's findings when no objection is made. *See Thomas v. Arn*, 474 U.S. 140, 150–52 (1985). Nevertheless, the Court has reviewed the record and largely agrees with Judge Lindsay's recommendation. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The Report and Recommendation of Magistrate Judge Colin H. Lindsay (D.N. 17) is **ADOPTED** in part and **INCORPORATED** by reference herein. The Report and Recommendation is adopted as to the order to show cause. The Court defers decision as to whether to adopt the recommendations regarding attorney fees and contempt.

(2) Defendants shall have **seven (7) days** from entry of this Order to **SHOW CAUSE** in writing why the Court should not impose sanctions for their consistent failure to comply with the Court's Orders.